

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

__David Joseph Montoya__ )
)
__AKA The Montoya Family__, )
)
Plaintiff(s), )
) Case No. **1:25-cv-04770**
vs. ) **Judge Elaine E. Bucklo**
① Jesus ) **Magistrate Gabriel A. Fuentes**
~~S~~ Machado Mexico-Palatine  AKA ) **RANDOM / Cat. 2**
  Chewy Machado )
  The Machado Family )
② Aldo )
~~do~~ Servin Mexico-Palatine  AKA )
  Adolfo Servin, )
  Aldo F Servinvera )
)
Defendant(s). )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ___David Joseph Montoya___.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Jesus Machado (We believe to be Cartel and a danger to our family)__, is
   (name, badge number if known)

   ☐ an officer or official employed by _____;
   (department or agency of government)
   _____ or

   ☒ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Palatine Township, cook County Illinois__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __March 01, 2024__, at approximately __3:00 PM__ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Palatine, IL__
   _____, in the County of __Cook__,
   State of Illinois, at __TACOS Y MARISCOS LA PRESA, INC 1572 N Rand Rd, Palatine, IL 60074__
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other:

1. Armed militias or extremist groups operate in or near communities, trying to undermine government control or laws.
2. Leaders within the community promote resistance to government laws or law enforcement by force.
3. Organizing violent resistance to public health rules, taxes, or right to peace
4. Some conspiracies try to infiltrate schools or youth programs to influence children with anti-government ideology.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): **see from LR 26.2**

8. Plaintiff was charged with one or more crimes, specifically:

    mutable order of protections

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows **Both have known ties to crime and helped palatine police gain convictions for (Jesus ) sister or (Aldo) Childs Mother**

    ☒ Other: **Plaintiff is not charged currently with a crime and or everything was comple with satisfactory to any courts**

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

5. That the following events occurred:

a. July 4th, 2024 – At approximately 7:00 PM during a 4-year-old's birthday party, Jesus Machado discharged a .45 Colt firearm with a wooden handle into the air on the right side of his residence. A friend of the siblings witnessed the incident. However, due to privacy concerns, the family does not wish to identify the witness at this time.

b. November 1st, 2024 – At approximately 11:30 PM, Jesus Machado called from a hidden number and stated, "What's up, bitch." Shortly thereafter, a white Honda SUV passed in front of my residence. I observed Jesus Machado seated in the front passenger seat. When I exited my home, the vehicle drove off.

c. November 2nd, 2024 – At approximately 10:32 AM, the Palatine Village Manager affirmed that Jesus Machado was in violation of a Village order prohibiting him from entering the Palatine Eatery.

d. January 10th, 2025 – At approximately 7:19 PM, after having custody of the four-year-old child for nearly one month, Jesus Machado interfered with our personal liberty by disrupting the child's first FaceTime call after her return to the Machado residence.

e. January 20th, 2025 – Please refer to Form OP SC-411.2 See state Form summited
CONFIDENTIAL & PRIVATE
• Balanced interests requested
• Immediate action requested
We respectfully pray the Court considers our rights and safety.

f. February 8th, 2025 – Jesus Machado called from a hidden number and stated, "Back off or else your family won't be able to leave this time." I believe this threat references the incident from July 4th, 2024, in which he unlawfully discharged a firearm.

g. April 8th, 2025 – The Palatine Police Commander confirmed that Jesus Machado is considered dangerous and is subject to ongoing federal and Palatine investigations.

h. April 10th, 2025 – The Palatine Police Commander again confirmed that Jesus Machado is considered dangerous and is under both federal and local investigation.

i. April 11th, 2025 – At approximately 5:00 PM, a white Honda SUV drove past the Montoya residence. Nenexi Franco was identified as the driver, with Jesus Machado in the front passenger seat. While passing, Jesus Machado extended his arm out the window and mimicked the act of firing a gun toward the Montoya household. Minors were present, causing significant fear and disruption to the peace of the home.

j. April 18th, 2025 – At approximately 2:00 PM, I went to the police station in the Montoya family's village accompanied by Uncle Tommy and completed a No Trespassing Ordinance. Officer A# 284 assisted with the filing of the ordinance.

See attached

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

**Deprive liberty , Peace and right to work or operate**

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

*DM*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE**, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant; **in the amount of $100,000.00 or what ever the court deems fi**

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *David Montoya* /s/ *D. Montoya*   04-29-25

Plaintiff's name *(print clearly or type)*: David Joseph Montoya

Plaintiff's mailing address: 3910 Winston Drive

City Hoffman Estates   State IL   ZIP 60192

Plaintiff's telephone number: (773) 200 1400

Plaintiff's email address *(if you prefer to be contacted by email)*: montoyafamily3910@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


Scanned with CamScanner

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **Also Servin his brother in law believed to be active Latin King**, is
   (name, badge number if known)

   ☐ an officer or official employed by _____;
   (department or agency of government)
   _____or

   ☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Palatine Township, cook County Illinois**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **09-21-2023**, at approximately **10:00 PM** ☐ a.m. ☒ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of **Palatine, Illinois**
   _____, in the County of **Cook**,
   State of Illinois, at **Alley 64 - Palatine 2001 N Rand Rd Palatine 60074**,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: _____
   _____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): see from LR 26.2 W/ Respect (DM)

8. Plaintiff was charged with one or more crimes, specifically:

   mutable order of protections

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows  Both have known ties to crime and helped palatine police gain convictions for (Jesus) sister or (Aldo) Child Mother

   ☒ Other: Plaintiff is not charged currently with a crime and or everything was completed with satisfactory to any courts

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: *(Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.)*

Had sex with with a minor in March 2015. In Palatine, IL Minor is now adult and believed to help Aldo and other gang members over country and or civil liberty will prove in court

12-15-2021 invited law enforcement to half sister party causing intimidation and loss of civil respect Also Law enforcement knows of minor child 2 of my American Minor Children were present enforcement

09-21-23 attached me at a pubic eatery across from his moms house

04-24-2025 Conspired with The Machado Family to break the law

and cause loss of peace and liberty to our family and Country

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Loss of civil rights or fare trail or due process in Palatine since

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant; $100,000.00

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *David Montoya* DJ 5. AB 4-29-25

Plaintiff's name *(print clearly or type)*: David Joseph Montoya

Plaintiff's mailing address: 3910 Winston Drive

City: Hoffman Estates   State: IL   ZIP: 60192

Plaintiff's telephone number: (773) 200-1400

Plaintiff's email address *(if you prefer to be contacted by email)*: montoyafamily2403@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

If yes, please list the cases below.

Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]